UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE OILGEAR COMPANY &                           )
OLMSTED PRODUCTS COMPANY, LLC,                  )
        Plaintiffs,                      )
                                         )          No. 1:19-cv-526
-v-                                             )
                                         )          HON. PAUL L. MALONEY
TENET HYDRAULICS CO., ET AL.,                   )
        Defendants.                      )
_____ )

## ORDER

Plaintiffs The Oilgear Company and Olmsted Products Company filed suit on July 1, 2019, alleging that Defendants Tenet Hydraulics Company, Smith Property Investments, LLC, Derrick Marranca, Jesse Kline, and Dudley Smith have misappropriated their trade secrets and used them in ways which will irreparably harm their business. Accordingly, Plaintiffs seek a preliminary injunction to enjoin the Defendants from using the trade secrets and other proprietary information and to require them to return any files, hard copies, or electronic devices containing such information.

Accordingly, the Defendants **SHALL APPEAR** before the Court at 410 W. Michigan Avenue, in Kalamazoo, Michigan on August 30, 2019 at 9:00 A.M. to **SHOW CAUSE** why a preliminary injunction should not issue against them.

**IT IS FURTHER ORDERED** that Plaintiffs shall serve a copy of the complaint, summons, the motion for a preliminary injunction, the motion for expedited discovery, and this order upon each of the Defendants not later than July 10, 2019. Plaintiff shall also file proof of service with the Court once completed.

**IT IS FURTHER ORDERED THAT** Defendants shall respond to Plaintiffs' motion for expedited discovery not later than July 17, 2019.

Additionally, Defendants are **ORDERED** to refrain from destroying any evidence related to Plaintiffs claims. Defendants shall not dispossess, destroy, alter, modify, or delete any files, trade secrets, proprietary information, or electronic devices within their possession, which derived from Plaintiffs or contained Plaintiffs' data, until further order of the Court.

Finally, Defendants shall answer the motion for a preliminary injunction not later than August 9, 2019.

**IT IS SO ORDERED.**

Date:  July 2, 2019                                          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge