# EXHIBIT A
# FILED UNDER SEAL

**EXHIBIT AA**

# EXHIBIT AA

**EXHIBIT AA**

**EXHIBIT AA**

Message

| | |
|---|---|
| **From**: | Jesse Kline [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=27728C600D894A8AAA7E4EE4D03F5FA3-JKLINE] |
| **Sent**: | 5/9/2019 12:37:35 PM |
| **To**: | Jeff Insch [jinsch@tenethydraulics.com] |
| **Subject**: | FW: Info |

**From:** Ryser, Drew <dryser@dodi.com>
**Sent:** Thursday, November 8, 2018 8:24 AM
**To:** Jesse Kline <jkline@tenethydraulics.com>
**Subject:** FW: Info

**Drew Ryser**
Subsea Coordinator GOM
Diamond Offshore
Office: +281 646 4735 | Mobile: +1 281 793 5082
dryser@dodi.com | www.diamondoffshore.com

**From:** Ryser, Drew
**Sent:** Wednesday, October 17, 2018 2:40 PM
**To:** 'Jesse Kline'
**Subject:** Info

Here is some info for you to peruse

**Drew Ryser**
Subsea Coordinator GOM
Diamond Offshore
Office: +281 646 4735 | Mobile: +1 281 793 5082
dryser@dodi.com | www.diamondoffshore.com

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT AB

# EXHIBIT AB

EXHIBIT AB

EXHIBIT AB

| | |
|---|---|
| **From:** | Rig - Don Taylor - Sub Sea Engineer <SSEDTaylor@noblecorp.com> |
| **Sent:** | Tuesday, June 4, 2019 10:11 AM |
| **To:** | Jesse Kline |
| **Cc:** | Jeff Insch |
| **Subject:** | Emailing: MRT Olmsted Valve, I-1338-07G(ARV-0505-X-07), Olmstead 2 |
| **Attachments:** | MRT Olmsted Valve.pdf; I-1338-07G(ARV-0505-X-07).pdf; Olmstead 2.pdf |

Your message is ready to be sent with the following file or link attachments:

MRT Olmsted Valve
I-1338-07G(ARV-0505-X-07)
Olmstead 2

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.
This email and attachments, if any, are confidential and intended solely for the individual or entity to whom it is addressed. If you are not the named addressee you should not disseminate, distribute, copy or take any action based on this e-mail or attachments. Notify the sender immediately if you have received this e-mail by mistake and delete it and any attachments from your system. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**EXHIBIT AC**

# EXHIBIT AC

**EXHIBIT AC**

**EXHIBIT AC**

Message

**From**:     Jesse Kline [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=27728C600D894A8AAA7E4EE4D03F5FA3-JKLINE]
**Sent**:     6/4/2019 4:15:33 PM
**To**:       Alex Vopat [AVopat@noblecorp.com]
**Subject**:  FW: Emailing: MRT Olmsted Valve, I-1338-07G(ARV-0505-X-07), Olmstead 2


-----Original Message-----
From: Rig - Don Taylor - Sub Sea Engineer <SSEDTaylor@noblecorp.com>
Sent: Tuesday, June 4, 2019 10:11 AM
To: Jesse Kline <jkline@tenethydraulics.com>
Cc: Jeff Insch <jinsch@tenethydraulics.com>
Subject: Emailing: MRT Olmsted Valve, I-1338-07G(ARV-0505-X-07), Olmstead 2


Your message is ready to be sent with the following file or link attachments:

MRT Olmsted Valve
I-1338-07G(ARV-0505-X-07)
Olmstead 2


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types
of file attachments.  Check your e-mail security settings to determine how attachments are handled.
This email and attachments, if any, are confidential and intended solely for the individual or entity to
whom it is addressed. If you are not the named addressee you should not disseminate, distribute, copy or
take any action based on this e-mail or attachments. Notify the sender immediately if you have received
this e-mail by mistake and delete it and any attachments from your system. Finally, the recipient should
check this email and any attachments for the presence of viruses. The company accepts no liability for
any damage caused by any virus transmitted by this email.

**EXHIBIT AD**
**FILED UNDER SEAL**

# EXHIBIT AD
# FILED UNDER SEAL

**EXHIBIT AD**
**FILED UNDER SEAL**

**EXHIBIT AE**

# EXHIBIT AE

**EXHIBIT AE**

**EXHIBIT AE**

| | |
|---|---|
| **From:** | Jeff Insch |
| **Sent:** | Friday, June 14, 2019 3:05 AM |
| **To:** | Erik Lake; Derrick Marranca; Jesse Kline |
| **Subject:** | FW: Q7000 Riser Tensioner System Commissioning |
| **Attachments:** | Q7000 MEDIUM SEPERATOR BARRIER UPDATE-Layout1.pdf; SRV0002450001 - Punch List and Corrective Actions REV B.pdf; A13-66310-66-010B Riser Tensioner System AT.pdf; FW: valve control questions; A13-66310-66-012B RISER TENSIONER SYSTEM CPR.pdf; A13-66310-66-040B RISER TENSIONER - FUNCTIONAL TESTING REPORT.pdf; EB#417 -ARVS3K Functional Description.pdf |

Morning all,

See attached received from Huisman, hope this is helpful.

Thanks.

BR.

Jeff.

EXHIBIT AF

# EXHIBIT AF

EXHIBIT AF

EXHIBIT AF

**From:** Jesse Kline
**Sent:** Wednesday, September 11, 2019 10:04 AM
**To:** Derrick Marranca
**Subject:** FW: Emailing: MRT Olmsted Valve, I-1338-07G(ARV-0505-X-07), Olmstead 2
**Attachments:** MRT Olmsted Valve.pdf; I-1338-07G(ARV-0505-X-07).pdf; Olmstead 2.pdf

This is what I got from Noble

-----Original Message-----
From: Rig - Don Taylor - Sub Sea Engineer <SSEDTaylor@noblecorp.com>
Sent: Tuesday, June 4, 2019 9:11 AM
To: Jesse Kline <jkline@tenethydraulics.com>
Cc: Jeff Insch <jinsch@tenethydraulics.com>
Subject: Emailing: MRT Olmsted Valve, I-1338-07G(ARV-0505-X-07), Olmstead 2

Your message is ready to be sent with the following file or link attachments:

MRT Olmsted Valve
I-1338-07G(ARV-0505-X-07)
Olmstead 2

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.
This email and attachments, if any, are confidential and intended solely for the individual or entity to whom it is addressed. If you are not the named addressee you should not disseminate, distribute, copy or take any action based on this e-mail or attachments. Notify the sender immediately if you have received this e-mail by mistake and delete it and any attachments from your system. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**EXHIBIT AG**

**EXHIBIT AG**

**EXHIBIT AG**

**EXHIBIT AG**

Message

| | |
|---|---|
| **From**: | Jeff Insch [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D59F18A1CC1542D2B5262FC5FBEA6A4C-JINSCH] |
| **Sent**: | 1/22/2019 12:53:17 PM |
| **To**: | Zach Beery [zbeery@tenethydraulics.com] |
| **CC**: | Chris Walter [cwalter@tenethydraulics.com]; Dudley Smith [dsmith@tenethydraulics.com]; Jesse Kline |
| | [jkline@tenethydraulics.com] |
| **Subject**: | RE: DSC-0808-D-01 Repair |

**Importance**: High

Here you go buddy, not everything but a reasonable start……..

Let me know if you are able to access these ok.

BR.

Jeff.

---

**From:** Zach Beery <zbeery@tenethydraulics.com>
**Sent:** 22 January 2019 13:36
**To:** Jeff Insch <jinsch@tenethydraulics.com>
**Subject:** RE: DSC-0808-D-01 Repair

You're the man!

Best regards,

### Zach Beery
Lead Designer
1564 Northern Star Drive
Traverse City, MI 49696
Mobile (231) 649-5693
Work   (231) 252-3454
zbeery@tenethydraulics.com



---

**From:** Jeff Insch <jinsch@tenethydraulics.com>
**Sent:** Tuesday, January 22, 2019 8:34 AM
**To:** Zach Beery <zbeery@tenethydraulics.com>
**Subject:** RE: DSC-0808-D-01 Repair

I have got the information coming, should have it no later than tomorrow☺

BR.

Jeff.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

**From:** Zach Beery <zbeery@tenethydraulics.com>
**Sent:** 22 January 2019 13:27
**To:** Jeff Insch <jinsch@tenethydraulics.com>
**Subject:** RE: DSC-0808-D-01 Repair

Hey Jeff,

Did you have any luck getting info from your homies at Sea Drill?

It sounds like Logan isn't going to be much help.

Best regards,

### Zach Beery
Lead Designer
1564 Northern Star Drive
Traverse City, MI 49696
Mobile (231) 649-5693
Work   (231) 252-3454
zbeery@tenethydraulics.com



**From:** Jeff Insch <jinsch@tenethydraulics.com>
**Sent:** Friday, January 18, 2019 9:34 AM
**To:** Zach Beery <zbeery@tenethydraulics.com>
**Subject:** Re: DSC-0808-D-01 Repair

Hi Zach,

Will make contact and see what is available, might be Monday before I hear back will that be soon enough?

Best Regards

Jeff Insch
Tenet Hydraulics Co.
1564 Northern Star Drive
Traverse City, MI 49696
+44(0)7745706027
jinsch@tenethydraulics.com


-------- Original Message --------
Subject: DSC-0808-D-01 Repair
From: Zach Beery
To: Jeff Insch
CC:

Hey Jeff,

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

We are struggling to get documentation from Logan for this DSC repair.  Wondered if you have any bros at Sea Drill who may be able to help us out.  Looking for a hydraulic circuit (graphic symbol), test procedure, instillation procedure… anything.

Thx

Best regards,

**Zach Beery**
Lead Designer
1564 Northern Star Drive
Traverse City, MI 49696
Mobile (231) 649-5693
Work   (231) 252-3454
zbeery@tenethydraulics.com



# EXHIBIT AH
# FILED UNDER SEAL

**EXHIBIT AH**
**FILED UNDER SEAL**

# EXHIBIT AI
# FILED UNDER SEAL

**EXHIBIT AI**
**FILED UNDER SEAL**

**EXHIBIT AJ**

# EXHIBIT AJ

**EXHIBIT AJ**

**EXHIBIT AJ**

**From:**          Håkon Birkenes <hakon.birkenes@mds.as>
**Sent:**          Tuesday, January 22, 2019 10:38 AM
**To:**          Jeff Insch
**Cc:**          Jesse Kline; Dudley Smith
**Subject:**       SV: SV: Dropbox

Hi Jeff

This is the new folder for tenet Hydraulics , can you view the documents ?

BR

Håkon



-----Opprinnelig melding-----
Fra: Dudley Smith <dsmith@tenethydraulics.com>
Sendt: torsdag 20. desember 2018 17:06
Til: Håkon Birkenes <hakon.birkenes@mds.as>
Kopi: Endre Furuseth <endre.furuseth@mds.as>; Jesse Kline <jkline@tenethydraulics.com>
Emne: Re: SV: Dropbox

Håkon:

Yes - we're able to view the documents.  Thank you!

Dudley


> On Dec 20, 2018, at 8:21 AM, Håkon Birkenes <hakon.birkenes@mds.as> wrote:
>
> Hi
>
> No, problems. I have file the documents in Tenet Hydraulics, see if you can open
>
> BR

>
> Håkon
>
> -----Opprinnelig melding-----
> Fra: Dudley Smith <dsmith@tenethydraulics.com>
> Sendt: torsdag 20. desember 2018 13:23
> Til: Håkon Birkenes <hakon.birkenes@mds.as>; Endre Furuseth <endre.furuseth@mds.as>; Jesse Kline
<jkline@tenethydraulics.com>
> Emne: Dropbox
>
> Hakon / Endre:
>
> I've been trying to share the link to our 'Tenet - MDS' Dropbox folder, but I keep getting error messages.    I'm also
traveling and using the Dropbox app so there might be some coordination issues, who knows.
>
> Are you getting invites and links to that folder?
>
> Sorry for the confusion - we'll get this sorted soon.
>
> Best,
>
> Dudley
>

**EXHIBIT AK**

# EXHIBIT AK

**EXHIBIT AK**

**EXHIBIT AK**

Message

| | |
|---|---|
| **From**: | Ryser, Drew [dryser@dodi.com] |
| **Sent**: | 10/17/2018 3:40:10 PM |
| **To**: | Jesse Kline [jkline@tenethydraulics.com] |
| **Subject**: | Info |

Here is some info for you to peruse

**Drew Ryser**
Subsea Coordinator GOM
Diamond Offshore
Office: +281 646 4735 | Mobile: +1 281 793 5082
dryser@dodi.com | www.diamondoffshore.com

TENET HYDRAULICS 0000136

**<u>EXHIBIT AL</u>**

**<u>EXHIBIT AL</u>**

**<u>EXHIBIT AL</u>**

**<u>EXHIBIT AL</u>**

| | |
|---|---|
| **From:** | WeTransfer <noreply@wetransfer.com> |
| **Sent:** | Monday, June 17, 2019 11:03 AM |
| **To:** | Erik Lake |
| **Subject:** | rgrant@huisman-nl.com sent you files via WeTransfer |



## rgrant@huisman-nl.com
sent you some files

1 item, 39.9 MB in total  ·  Will be deleted on 24 June, 2019

software as required



Get your files

Download link

https://wetransfer.com/downloads/31a9a4517c4989e12d2c4380c3021
77420190617150257/1216ed42d610d1c0f07a169ab22250b520190617
150258/25f960

1 item
ARV-S-3000-09.zip
39.9 MB

To make sure our emails arrive, please add noreply@wetransfer.com to your contacts.

About WeTransfer    ·    Help    ·    Legal    ·    Report this transfer as spam

**EXHIBIT AM**

**EXHIBIT AM**

**EXHIBIT AM**

**EXHIBIT AM**

| | |
|---|---|
| **From:** | Rig - Don Taylor - Sub Sea Engineer <SSEDTaylor@noblecorp.com> |
| **Sent:** | Tuesday, June 4, 2019 10:11 AM |
| **To:** | Jesse Kline |
| **Cc:** | Jeff Insch |
| **Subject:** | Emailing: MRT Olmsted Valve, I-1338-07G(ARV-0505-X-07), Olmstead 2 |
| **Attachments:** | MRT Olmsted Valve.pdf; I-1338-07G(ARV-0505-X-07).pdf; Olmstead 2.pdf |

Your message is ready to be sent with the following file or link attachments:

MRT Olmsted Valve
I-1338-07G(ARV-0505-X-07)
Olmstead 2

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.
This email and attachments, if any, are confidential and intended solely for the individual or entity to whom it is addressed. If you are not the named addressee you should not disseminate, distribute, copy or take any action based on this e-mail or attachments. Notify the sender immediately if you have received this e-mail by mistake and delete it and any attachments from your system. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**EXHIBIT AN**

**EXHIBIT AN**

**EXHIBIT AN**

**EXHIBIT AN**

Message
_____

**From**:      Håkon Birkenes [hakon.birkenes@mds.as]
**Sent**:      11/26/2018 9:07:40 AM
**To**:        Jesse Kline [jkline@tenethydraulics.com]
**CC**:        Endre Furuseth [endre.furuseth@mds.as]
**Subject**:   SV188 Flow valves

Hi Jesse

We have a PO for 2 new riser tensioner and we are using the SV188 for the flow valve application. Please quote 2 new flow valves with same interface and configuration.

Can you also quote 6 new end covers for the SV188-03M with a 1" BSP plug at the end cover. The BSP plug in the end cover is for a filter and circulating unit inlet port.

Best Regards

**Håkon Birkenes**
Technical Manager

Direct:       +47 901 76 392
Office:       +47 990 99 222
E-Mail:       hakon.birkenes@mds.as
Web-site:     www.mds.as
Adress:       Andøyfaret 33, Building D, 4623 KRISTIANSAND, NORWAY



This e-mail and any attachment are confidential and may be privileged or otherwise protected from disclosure. It is solely intended for the person(s) named above. If you are not the intended recipient, any reading, use, disclosure, copying or distribution of all or parts of this e-mail or associated attachments is strictly prohibited. If you are not an intended recipient, please notify the sender immediately by replying to this message or by telephone and delete this e-mail and any attachments permanently from your system.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

**EXHIBIT AO**

# EXHIBIT AO

**EXHIBIT AO**

**EXHIBIT AO**

Message

| | |
|---|---|
| **From:** | Jeff Insch [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D59F18A1CC1542D2B5262FC5FBEA6A4C-JINSCH] |
| **Sent:** | 1/22/2019 12:53:17 PM |
| **To:** | Zach Beery [zbeery@tenethydraulics.com] |
| **CC:** | Chris Walter [cwalter@tenethydraulics.com]; Dudley Smith [dsmith@tenethydraulics.com]; Jesse Kline [jkline@tenethydraulics.com] |
| **Subject:** | RE: DSC-0808-D-01 Repair |
| **Importance:** | High |

Here you go buddy, not everything but a reasonable start........

Let me know if you are able to access these ok.

BR.

Jeff.

---

**From:** Zach Beery <zbeery@tenethydraulics.com>
**Sent:** 22 January 2019 13:36
**To:** Jeff Insch <jinsch@tenethydraulics.com>
**Subject:** RE: DSC-0808-D-01 Repair

You're the man!

Best regards,

**Zach Beery**
Lead Designer
1564 Northern Star Drive
Traverse City, MI 49696
Mobile (231) 649-5693
Work    (231) 252-3454
zbeery@tenethydraulics.com



---

**From:** Jeff Insch <jinsch@tenethydraulics.com>
**Sent:** Tuesday, January 22, 2019 8:34 AM
**To:** Zach Beery <zbeery@tenethydraulics.com>
**Subject:** RE: DSC-0808-D-01 Repair

I have got the information coming, should have it no later than tomorrow☺

BR.

Jeff.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TENET HYDRAULICS 0000975

**From:** Zach Beery <zbeery@tenethydraulics.com>
**Sent:** 22 January 2019 13:27
**To:** Jeff Insch <jinsch@tenethydraulics.com>
**Subject:** RE: DSC-0808-D-01 Repair

Hey Jeff,

Did you have any luck getting info from your homies at Sea Drill?

It sounds like Logan isn't going to be much help.

Best regards,

**Zach Beery**
Lead Designer
1564 Northern Star Drive
Traverse City, MI 49696
Mobile (231) 649-5693
Work   (231) 252-3454
zbeery@tenethydraulics.com



**From:** Jeff Insch <jinsch@tenethydraulics.com>
**Sent:** Friday, January 18, 2019 9:34 AM
**To:** Zach Beery <zbeery@tenethydraulics.com>
**Subject:** Re: DSC-0808-D-01 Repair

Hi Zach,

Will make contact and see what is available, might be Monday before I hear back will that be soon enough?

Best Regards

Jeff Insch
Tenet Hydraulics Co.
1564 Northern Star Drive
Traverse City, MI 49696
+44(0)7745706027
jinsch@tenethydraulics.com

-------- Original Message --------
Subject: DSC-0808-D-01 Repair
From: Zach Beery
To: Jeff Insch
CC:

Hey Jeff,

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TENET HYDRAULICS 0000976

We are struggling to get documentation from Logan for this DSC repair.  Wondered if you have any bros at Sea Drill who may be able to help us out.  Looking for a hydraulic circuit (graphic symbol), test procedure, instillation procedure... anything.

Thx

Best regards,

**Zach Beery**
Lead Designer
1564 Northern Star Drive
Traverse City, MI 49696
Mobile (231) 649-5693
Work   (231) 252-3454
zbeery@tenethydraulics.com



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TENET HYDRAULICS 0000977

# EXHIBIT AP

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| THE OILGEAR COMPANY, OLMSTED PRODUCTS COMPANY LLC<br>*Plaintiffs*<br><br>v.<br><br>TENET HYDRAULICS CO., SMITH PROPERTY INVESTMENTS, LLC, DERRICK MARRANCA, JESSE KLINE, and DUDLEY SMITH<br>*Defendants*. | Civil Action No.: 1:19-cv-00526-PLM-PJG<br><br>Hon. Paul L. Maloney |

**PLAINTIFF THE OILGEAR COMPANY'S ANSWERS AND OBJECTIONS TO DEFENDANTS' FIRST REQUESTS FOR ADMISSIONS**

Plaintiff, The Oilgear Company ("Oilgear"), serves its objections and answers to Defendants' First Requests for Admissions, as follows.

General Objection No. 1: Oilgear objects to Defendants' definition of the term "Oilgear" as encompassing "The Oilgear Company; Olmsted Products Company LLC; Texas Hydraulics Company; affiliates; shareholders; employees; representatives; agents; and all those acting in participation or concert with it." In each of Defendants' attempted applications of this definition it is overly broad, vague, ambiguous, confusing, and nonsensical. Moreover, the term appears to call for the disclosure of information outside of Oilgear's possession, custody, or control, which is therefore outside the scope of discovery permitted under the Federal Rules of Civil Procedure. Oilgear's answers and responses will be based exclusively upon the information that is reasonably available to and within the possession, custody, or control of the party served with Defendants' written discovery, The Oilgear Company. Oilgear incorporates this objection into each of the applicable objections and answers to Defendants' discovery requests and, in the interests of

conciseness and brevity, such incorporation below will be stated as "for the reasons set forth in General Objection No. 1."

**REQUEST FOR ADMISSION NO. 1:** Admit that the files listed in **Exhibit 1** (as defined above) to these discovery requests do not constitute **Oilgear's** (as defined above) trade secrets.

**ANSWER**: Oilgear objects to Request for Admission No. 1 for all reasons set forth in General Objection No. 1 and it incorporates that objection by reference, as if fully restated in this Answer to Request for Admission No. 1. Further, Oilgear objects to Request for Admission No. 1 and states that it cannot admit or deny the matters asserted because the "files listed" in the 437-page "Exhibit 1" appear to reference tens of thousands of discrete filenames, making the request unduly burdensome. Thus, Oilgear cannot admit or deny the request with respect to the titles listed on Exhibit 1 on the whole. Additionally, to the extent Request for Admission No. 1 asks Oilgear to admit or deny whether each individual file identified among the tens of thousands of line items displayed on Exhibit 1 contain trade secrets, it is overly broad and unduly burdensome on its face. Because a full and complete answer to Request for Admission No. 1 requires a response regarding the trade secret status involving review of the contents of thousands of discrete items listed on Exhibit 1, Request for Admission No. 1 effective constitutes thousands of discrete requests for admission, which far exceeds 25 permitted under the Court's case management order.  Based on the foregoing objections, Plaintiff cannot admit or deny the statement in Request for Admission No. 1.

**REQUEST FOR ADMISSION NO. 2:** For the files listed on Plaintiffs' **Forensic Protocol - 8a File Hash Searches.xlsx** (as defined above), admit that files with the description "**prev. existing**" (as defined above) in column C are no longer **accessible** (as defined above) to the user.

**ANSWER**: Oilgear objects to Request for Admission No. 2 because it is too convoluted to be comprehensible as to its intended meaning. Specifically, the phrase "no longer accessible (as defined above)" is vague, ambiguous, and confusing. The so-called "defined above" definition of "no longer accessible" further incorporates, by cross-reference, a definition that is also vague, ambiguous, and confusing. Defendants have defined "accessible" as meaning "files and/or folders that are active (not deleted) and existing on the file system." Similarly, the term "on the file system" is undefined and confusing. Additionally, Request for Admission No. 2 is vague and confusing as to the intended meaning of "the user." As a result, Request for Admission No. 2 contains multifarious and nested levels of vague, ambiguous, and inherently confusing terms. For the reasons stated in the foregoing objections, Oilgear cannot admit or deny the statement in Request for Admission No. 2.

**REQUEST FOR ADMISSION NO. 3:** For the files listed on Plaintiffs' **Forensic Protocol – 8b File Name Searches.xlsx** (as defined above), admit that files with the description "**prev. existing**" (as defined above) in column C are no longer **accessible** (as defined above) to the user.

**ANSWER**: Oilgear objects to Request No. 3 because it is simply too convoluted to be comprehensible as to its meaning. Specifically, the phrase "no longer accessible (as defined above)" is vague, ambiguous, and confusing. The "defined above" definition of "accessible" further incorporates, by cross-reference, a definition that is also vague, ambiguous and confusing. Defendants have defined "accessible" as meaning "files and/or folders that are active (not deleted) and existing on the file system." The term "on the file system" is undefined and confusing. Additionally, Request for Admission No. 3 is vague and confusing as to the meaning of "the user." As a result, Request No. 3 contains multifarious and nested levels of vague, ambiguous, and

confusing terms. For the reasons stated in the foregoing objections, Oilgear cannot admit or deny the statement in Request for Admission No. 3.

**REQUEST FOR ADMISSION NO. 4:** Admit that the files listed on Plaintiffs' **Forensic Protocol - 8a File Hash Searches.xlsx** (as defined above) that are located in Jeff Insch's Maxtor hard drive recycle bin with a full path description containing \\$RECYCLE.BIN\\S-1-5-21¬ 412956741-2621397038-624579838-8029 are only accessible by the user account bearing **SID** (as defined above) S-1-5-21-412956741-2621397038-624579838-8029.

**ANSWER**: Denied.

**REQUEST FOR ADMISSION NO. 5:** Admit that the files listed on Plaintiffs' **Forensic Protocol – 8b File Name Searches.xlsx** (as defined above) that are located in Jeff Insch's Maxtor hard drive recycle bin with a full path description containing \\$RECYCLE.BIN\\S-1-5-21¬ 412956741-2621397038-624579838-8029 are only accessible by the user account bearing **SID** (as defined above) S-1-5-21-412956741-2621397038-624579838-8029.

**ANSWER**: Denied.

Dated: July 2, 2020                     Respectfully submitted,

                                        /s/  *Jason R. Elliott*
                                        _____
                                        Jason R. Elliott
                                        Texas State Bar No. 24050558
                                        Ann Marie Painter
                                        Texas State Bar No. 00784715
                                        AMPainter@perkinscoie.com
                                        jelliott@perkinscoie.com
                                        PERKINS COIE LLP
                                        500 N. Akard, Suite 3300
                                        Dallas, TX 75201
                                        Telephone: (214) 965-7700

                                        M. Craig Tyler (admitted generally)
                                        Texas State Bar No. 00794762
                                        PERKINS COIE LLP
                                        500 W 2nd St 1900
                                        Austin, TX 78701
                                        Telephone: (737) 256-6113
                                        CTyler@perkinscoie.com

                                        Pamela Chapman Enslen
                                        WARNER NORCROSS & JUDD
                                        401 E Michigan Ave., Ste. 200
                                        Kalamazoo, MI 49007
                                        Telephone: (269) 276-8112
                                        penslen@wnj.com

                                        *Attorneys for Plaintiffs The Oilgear Company and*
                                        *Olmsted Products Company LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing has been served

via e-mail and First Class U.S. Mail on July 2, 2020, to all counsel of record, as follows:

> James R. Peterson
> Neil J. Marchand
> Laci Resendiz
> MILLER JOHNSON
> 45 Ottawa Ave SW Suite 1100
> Grand Rapids, MI 49503
> petersonj@millerjohnson.com
> marchandn@millerjohnson.com
> resendizl@millerjohnson.com

/s/ *Jason R. Elliott*
Jason R. Elliott

**OILGEAR'S OBJECTIONS AND ANSWERS TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS**

148645045.1

# EXHIBIT AQ
# FILED UNDER SEAL

## EXHIBIT AQ
## FILED UNDER SEAL

# <u>EXHIBIT AR</u>
# <u>FILED UNDER SEAL</u>